IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-31371
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SHEILA WALLEN HEARD, also known as Sheila Clemons, also
known as Joan A. Hynes, also known as Charlene Ourso, also
know as Jill Marie Heavey,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 95-CR-370-ALL-D
- - - - - - - - - -
August 25, 1999

Before KING, Chief Judge, and DAVIS and SMITH, Circuit Judges.

PER CURIAM:[*]

Sheila Wallen Heard appeals her sentence for conspiracy and
possession of stolen mail, arguing that the district court
committed plain error in upwardly departing from the guideline
range pursuant to U.S.S.G. § 4A1.3.  She argues that the district
court did not adequately discuss or consider lesser, incremental
sentences.  This argument lacks merit.  See United States v.
Lambert, 984 F.2d 658, 662-63 (5th Cir. 1993)(en banc).  The
record reveals that the district court provided acceptable

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

reasons for the departure and that the departure was reasonable. Id.; United States v. Ashburn, 38 F.3d 803, 807 (5th Cir. 1994)(en banc). There is no plain error in Heard's sentence.

AFFIRMED.